### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLO, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>VITARMR LLC, a Delaware limited liability company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-396-MN<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED DISMISSAL

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which states that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared, the parties stipulate that GOLO, LLC hereby dismisses its claims against VITARMR LLC, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  December 18, 2023

| | |
|---|---|
| */s/ Chad S.C. Stover*<br>Chad S.C. Stover (#4919)<br>BARNES & THORNBURG, LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 300-3474<br>Facsimile: (302) 300-3456<br>chad.stover@btlaw.com<br><br>*Attorney for Plaintiff GOLO, LLC* | */s/  Jason J. Rawnsley*<br>Kelly E. Farnan (#4395)<br>Jason J. Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>rawnsley@rlf.com<br><br>Karl S. Kronenberger<br>KRONENBERGER ROSENFELD, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA  94108<br>karl@kr.law<br><br>*Attorneys for Defendant VITARMR LLC* |